IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LARSON SALES CO., ET AL.　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　v.　　　　　　　　　　　*　　Civil No. JFM-00-2172
　　　　　　　　　　　　　　　　　*
M/V MARINE EXPRESS, ET AL.　　　*
　　　　　　　　　　　　　　　*****

ORDER

Counsel having advised the court by letter dated April 12, 2001, a copy of which is attached hereto, that defendants are insisting upon service under the Hague Convention, it is, this 25th day of June 2001

ORDERED that the time for plaintiff to serve process upon defendants is extended until service can be completed under the Hague Convention. Plaintiff's counsel is directed to provide this court with a further status report on or before August 13, 2001.

J. Frederick Motz
United States District Judge

